# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN F. JOHNSON,
Appellant,

vs.

SUSAN T. HOWARD JOHNSON,
Respondent.

No. 69496

**FILED**

SEP 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a post-divorce decree motion to set aside the decree under NRCP 60(b). Eighth Judicial District Court, Family Court Division, Clark County; Linda Marquis, Judge.

We previously granted appellant's counsel's motion to withdraw and directed appellant, by August 15, 2016, to either retain new counsel and cause new counsel to file a notice of appearance in this court, or inform this court, in writing, that he did not intend to retain new counsel and would be proceeding in pro se. We cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

To date, no counsel has filed a notice of appearance on appellant's behalf and appellant has failed to communicate with this

16-29335

court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc: Hon. Linda Marquis, District Judge, Family Court Division
  Robert E. Gaston, Settlement Judge
  Christopher R. Tilman
  Eighth District Court Clerk
  Martin F. Johnson

---

[1]Given this order, respondent's motion to compel appellant to provide her with a copy of the transcripts is denied.